MSS Prob 12B
Rev 3/23/10)

# United States District Court
## for the
## Southern District of Mississippi
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Rodgers Quin Walters  **Case Number:**

**Name of Sentencing Judicial Officer:** Honorable Keith Starrett

**Date of Original Sentence:** 03/03/2004
06/24/2009 TSR revoked

**Original Offense:** Bank Robbery by Force or Violence
Technical Violation - for use of drugs

**Original Sentence:** 70 Months BOP 36 Months TSR; Revocation 6 Months Prison 27 Months TSR

**Type of Supervision:** TSR  **Date Supervision Commenced:** 11/27/2009

**Expiration Date** 02/26/2012

---

## PETITIONING THE COURT

☐ To extend the term of supervision for    years, for a total term of    years.

☒ To modify the conditions of supervision as follows:

The defendant, Rodgers Quin Walters, shall serve one weekend in the Forrest County Jail Facility when designated by the Federal Bureau of Prisons. The defendant shall surrender for the service of this term on Friday, June 18, 2010 at 6:00 p.m. and will remain until his release at 6:00 p.m. on Sunday, June 20, 2010. Failure to surrender as ordered could result in additional sanctions by this Court or revocation of supervised release. The defendant shall pay the cost of his incarceration, K S

## CAUSE

The defendant failed to submit documentation to the Southern District of Mississippi's Drug Court reflecting completion of his required attendance of both AA/NA as well as aftercare sessions.

Name of Offender: Rodgers Quin Walters

Reviewed and Approved:                                    Respectfully submitted:

*Lloyd M. Miller* (signature)                             (signature)
Lloyd Miller                                              Ken Ferrell
2010.06.08 09:32:56 -05'00'                               2010.06.08 10:11:59 -05'00'

Lloyd M. Miller                                           Ken Ferrell
Supervising U.S. Probation Officer                        Senior U.S. Probation Officer

## THE COURT ORDERS:

☐ NO ACTION

☑ The Modification of Conditions as Noted Above

☐ Other _____

_____

(signature)
Honorable Keith Starrett

6-8-2010
Date